USDC SCAN INDEX SHEET

















GEP    6/1/04    13:56

3:04-CV-01072    DEBORD V. USA

*1*

*CMP.*

Michael H. Kapland, Esq. State Bar No.: 71419
3699 Wilshire Blvd., Suite 205
Los Angeles, CA 90010-2721
(213) 628-7721
(213) 368-0043 FAX

Attorney for Plaintiff,
Curtis Debord



FILED

MAY 2 7 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Curtis Debord,                    )
                                  )
        Plaintiff,                )     '04 CV 1072 IEG      (JMA)
                                  )
v.                                )
                                  )
United States,                    )
                                  )
        Defendant,                )
_____)

## COMPLAINT

Curtis Debord ("Debord") hereby files this Complaint against the United States

for the seizure and destruction of goods belonging to Debord without having given him

proper notice.

### I.      JURISDICTION AND VENUE

1.      The jurisdiction of this Court is founded upon 28 U.S.C., § 1346 (b).

2.      The venue of this Court is founded upon 28 U.S.C., § 1402 (b).

### II.     PARTIES

3.      Plaintiff Curtis Debord is the owner of the goods in question in this

complaint. He is a resident of Sparks, Nevada.

49762.1:311307:00620

4.     The United States is named as a defendant under provisions of the Federal Tort Claims Act, 28 U.S.C., § 1346. The acts that form the basis of this complaint were done by the United States Customs Service ("U.S. Customs") in San Diego, California.

**III.    FACTS**

5.     In December 1995, Debord purchased weapons parts in Vietnam. He arranged for the shipment of these parts in two containers from Vietnam to Costa Rica, via Singapore and Hamburg, Germany. The shipment took place in or around April 1996.

6.     Because the freight company did not have an agreement with Costa Rica for the return of the containers after being unloaded, the containers were routed from Hamburg to Tijuana, Mexico, where the contents would be transferred to other containers. Debord did not know that the containers were going to be shipped to Long Beach, California, from where they would travel in-bond to Mexico.

7.     During transit, the description of the goods was changed, by persons unknown, from "weapons parts" to "strap hangers and rod handles, canvas cases and combo tools." Debord had no knowledge of the changed goods description.

8.     On January 12, 1997, the two containers arrived in Long Beach, California, where they were off-loaded by LaSalle Brothers Trucking Company ("LaSalle"). LaSalle was to truck the containers in-bond to Vinpac Fedemex, S.A. de C.V. ("Vinpac Fedemex") in Mexico who would then load the contents of the containers onto another ship to Costa Rica.

9.     LaSalle did not succeed in delivering the containers to Vinpac Fedemex, because Vinpac Fedemex refused to accept them. Therefore, LaSalle stored the goods in a warehouse in San Diego where they remained for almost two months.

10.     On March 5, 1997, LaSalle returned the containers to the custody of U.S. Customs by delivering them to the U.S.C.S. GJS Bonded Warehouse in San Diego, California.

11.     On March 6, 1997, U.S. Customs Inspectors searched the two containers and found them to contain parts for M-16, M1A1, M-60, M-14 and M-79 rifles. U.S. Customs seized the weapons parts and stored them at the Otay Mesa Seized Property Facility in San Diego, California.

12.     On April 8 and April 9, 1997, notices of seizure were sent to different parties having an interest in the seized property. However, no notice of seizure was sent to Debord. A notice of seizure informs the person from whom goods have been seized that he has the right to request the release of the property and to remit or mitigate any penalty.

13.     None of the parties that were served with a notice filed any claim for release of property or mitigation of any penalty.

14.     At all times relevant to this Complaint, U.S. Customs knew Debord had a legal interest in the goods, and knew his whereabouts.

15.     On August 10, 1999, U.S. Customs Service Fines, Penalties and Forfeitures Officer Diane Harvey gave authorization for the destruction of the goods. The goods were destroyed on September 28, 1999.

16.     Debord learned of the destruction, for the first time, in 2001.

17.     On June 23, 2003, Debord filed a Federal Tort Claims Act claim for damages with U.S. Customs. U.S. Customs denied his claim on December 2, 2003. See Exhibits 1 and 2.

**IV.**    **COUNT I: CLAIM UNDER FEDERAL TORT CLAIMS ACT**

18.    Debord hereby incorporates Paragraphs 1 - 13 of this Complaint into Count I, as if fully set forth herein.

19.    U.S. Customs seized goods in which Debord had an ownership interest.

20.    U.S. Customs issued forfeiture notices to persons having an interest in the seized goods, but in violation of 19 U.S.C., § 1595a and 19 C.F.R., § 162.31 did not provide notice to Debord of the seizure.

21.    At all times relevant to this complaint, U.S. Customs knew Debord had a legal interest in the goods, and knew his whereabouts.

22.    U.S. Customs conducted a forfeiture proceeding and destroyed the goods.

23.    The destroyed property represented a value of approximately six million dollars ($6,000,000.00).

24.    On December 2, 2003, U.S. Customs denied a Federal Tort Claims Act claim for damages, filed by Debord on June 23, 2003.

25.    The destruction was done in violation of 19 U.S.C., § 1595a and 19 C.F.R., § 162.31 and as such was a tort under the Federal Tort Claims Act.

**V.**    **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff respectfully requests this Honorable Court to grant Plaintiff the following relief:

1.    Compensatory damages in an amount to be proper at time, but no less than six million dollars ($6,000,000.00), plus interest;

2.    Attorney's fees and costs;

3.    Such other relief as this Court deems just.

Respectfully submitted,

Of Counsel:
Donald R. Dinan
**HALL ESTILL**
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036-3406
Telephone: (202) 973-1200
Facsimile: (202) 973-1212

Michael H. Kapland, State Bar No. 71419
**LAW OFFICES OF MICHAEL H.**
**KAPLAND**
3699 Wilshire Boulevard, Suite 205
Los Angeles, California 90010
Telephone: (213) 628-7721
Facsimile: (213) 368-0043

49762.1:311307:00620

EXHIBIT 1

David W. Dratman Attorney   1(916)443-0989     p.2
Jun 24 03 03:41a   US Ordnance             775-356-2388     p.1

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 5-31-05 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| US Customs Service Dept of Treasury Washington D.C. US Dept of Justice Washington | Curtis L. Debord 12301 Hwy I-80 East Sparks, NV 89434. |

| 3. TYPE OF EMPLOYMENT MILITARY   CIVILIAN ✓ | 4. DATE OF BIRTH 1-12-54 | 5. MARITAL STATUS Married | 6. DATE AND DAY OF ACCIDENT 09-28-1999 | 7. TIME (A.M. OR P.M) Unknown |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof.) (Use additional pages if necessary.)

On Sept 28,1999 persuant to seizure No. 1997 25010000591 US Customs service destroyed 37 pallets and 2 boxes of weapon parts located at San Diego CA persuant to the authorization of Diane Harvey FP&F officer on August 10,1999.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, city, State, and Zip Code)

Curtis L. Debord - 12301 Hwy I-80 East Sparks,NV 89434

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side)

37 Pallets and 2 boxes (approximatly 109,000 weapon parts) melted down and destroyed

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT

N/A

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| S.A. Brad Bench of the USCS Hector Gutierrez Daniel Chenworth RF Schaefer | US Customs Service San Diego, CA EC&G Inc. 3954 Murphy Canyon Rd San Diego, C |

| 12. (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| $6,000,000.00 | N/A | N/A | $6,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory 775-342-0736 | 14. DATE OF CLAIM 6-23-03 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 18 U.S.C.A. 287.) |

| 95-108 Previous editions not usable | NSN 7540-00-634-4046 | STANDARD FORM 95 (Rev. 7-85) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

Jun 24 03 03:41a    US Ordnance                775-356-2388        p.2

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C 552a(e)(D), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

Complete all items - Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF

PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 612 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim And may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or other aspect of this collection of information, including suggestions for reducing this burden,

to Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

| 15. | Do you carry accident insurance? | Yes, if so give name and address of insurance company (Number, street, city, State, and Zip Code) and policy number. | No. |
|---|---|---|---|

| 16. | Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? | 17. If deductible, state amount |
|---|---|---|
| | NO | N/A |

| 18. | If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (It is necessary that you ascertain these facts) |
|---|---|
| | N/A |

| 19. | Do you carry public liability and property damage insurance? | Yes, if yes, give name and address of insurance carrier (Number, street, city, State, and Zip Code) | No |
|---|---|---|---|

* U.S. GOVERNMENT PRINTING OFFICE: 1989–241-175

SF 95 (Rev. 7-85) BACK

770 966-9247

# U.S. CUSTOMS AND BORDER PROTECTION
## Department of Homeland Security
1300 Pennsylvania Avenue, N.W., Washington, D.C. 20229

DEC 2 2003

SD 03-0618:LJJ

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Mr. Curtis DeBord
12301 Highway I-80 East
Sparks, Nevada 89434

Re:    Federal Tort Claims Act Claim for Damages

Dear Mr. DeBord:

This is in reference to the claim you filed on June 23, 2003, relating to the destruction of 37 pallets of weapons parts by the United States Customs Service on September 28, 1999.

The Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680, grants to each head of a Federal agency the authority to consider and settle administratively claims for personal injury or any property damage caused by the negligent or wrongful act or omission of an employee of the government while acting within the scope of employment.

We have given full consideration to all the facts and circumstances relating to your claims. Based upon all the evidence before us, it is our determination to deny your claim for damages.

Under governing regulations, we are required to advise you that if you are dissatisfied with this decision, you may file suit in an appropriate United States Court no later than six months after the date of this letter.

Sincerely,

*Williams Heffelfinger*

For
Jayson P. Ahern
Assistant Commissioner,
Office of Field Operations

*Vigilance    ★    Service    ★    Integrity*

p.1

Feb 09 04 08:51e

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

**FILED**

04 MAY 27 PM 3: 47

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  **DEPUTY**

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| DEBORD, CURTIS L. | UNITED STATES OF AMERICA |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY) |
|---|---|
| WASHOE COUNTY, NEVADA | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| MICHAEL H. KAPLAND 3699 WILSHIRE BLVD, SUITE 205 LOS ANGELES, CALIFORNIA 90010 TELEPHONE: 213-628-7721 | '04 CV 1072 IEG    (JMA) |

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant  **X**
- 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX
(For Diversity Cases Only)           FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

CLAIM IS BEING BROUGHT UNDER THE FEDERAL TORT CLAIMS ACT, 28 U.S.C., § 1346 FOR THE DESTRUCTION OF GOODS BELONGING TO PLAINTIFF BY U.S. CUSTOMS WITHOUT HAVING GIVEN PLAINTIFF PROPER NOTICE.

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury-Medical Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | | 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 365 Personal Injury - Product Liability | 630 Liquor Laws | 820 Copyrights | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | 640 RR & Truck | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 650 Airline Regs | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | **SOCIAL SECURITY** | 810 Selective Service |
| 153 Recovery of Overpayment of Veterans Benefits | 350 Motor Vehicle | 371 Truth in Lending | 690 Other | 861 HIA (1395ff) | 850 Securities/Commodities Exchange |
| 160 Stockholders Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | **LABOR** | 862 Black Lung (923) | 875 Customer Challenge 12 USC |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | 740 Railway Labor Act | **FEDERAL TAX SUITS** | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | 530 General | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 535 Death Penalty | 791 Empl. Ret. Inc. Security Act | 871 IRS - Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Tort to Land | 444 Welfare | 540 Mandamus & Other | | | 950 Constitutionality of State |
| 245 Tort Product Liability | 440 Other Civil Rights | 550 Civil Rights | | | 890 Other Statutory Actions **X** |
| 290 All Other Real Property | | 555 Prisoner Conditions | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- 1 Original Proceeding  **X**
- 2 Removal from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p 23 | DEMAND $ 6,000,000.00 | Check YES only if demanded in complaint JURY DEMAND: YES  NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY (See Instructions): | JUDGE | Docket Number |
|---|---|---|

| DATE 5/26/04 | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|

#104066   150—   M£

ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)