KAREN P. HEWITT
United States Attorney
ERNEST CORDERO, JR.
Assistant U.S. Attorney
State of California Bar No. 131865
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7473
Email: ernest.cordero@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS DEBORD,<br><br>          Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 04cv1072-IEG (JMA)<br><br>**JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>Hon. Irma E. Gonzalez |

Plaintiff Curtis Debord, through his attorneys of record, and Defendant United States of America, through its attorneys of record, jointly move the Court to dismiss this case in its entirety with prejudice. The parties further move the Court to order that each party shall bear its own attorneys' fees and costs of suit.

DATED: May 24, 2007        s/ Saeid Shafizadeh
SAEID SHAFIZADEH
Attorney for Plaintiff

DATED: May 24, 2007        s/ Robert E. Sanders
ROBERT E. SANDERS
Attorney for Plaintiff

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Saeid Shafizadeh and Robert E. Sanders to affix their electronic signatures to this document.

DATED: May 24, 2007        KAREN P. HEWITT
United States Attorney

s/ Ernest Cordero, Jr.

ERNEST CORDERO, JR.
Assistant U.S. Attorney

Attorneys for Defendant