# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| CURTIS DEBORD,<br><br>                     Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                     Defendant. | CASE NO. 04-CV-1072 – IEG (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>**[Doc. No. 36]** |
|---|---|

Presently before the court is the parties' joint motion to dismiss this action with prejudice. (Doc. No. 36.) Upon agreement of the parties and good cause appearing, the court hereby **GRANTS** the parties joint motion. This action is dismissed with prejudice and the Clerk of Court is ordered to terminate this matter. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

**DATED: May 30, 2007**

_____
**HON. IRMA E. GONZALEZ, Chief Judge**
United States District Court
Southern District of California